IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LILA AUSTIN,** *on behalf of herself and all others similarly situated* | § § | **PLAINTIFF** |
| v. | § § | Civil No. 1:24-cv-151-HSO-MTP |
| **SINGING RIVER HEALTH SYSTEM** | § § § | **DEFENDANT** |

### FINAL JUDGMENT

Pursuant to the Amended Complaint [32] filed in the lead case in this matter, case number 1:24-cv-00024-HSO-MTP, Plaintiff Lila Austin was terminated as a party on August 9, 2024. *See* Am. Compl. [32] at 1. Accordingly, this case is closed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of August, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE